610

## RAY *v.* ISAKSON.

ATKINSON, Presiding Justice. Where a purchaser of real estate enters into a written contract of purchase with the seller, the writing containing no representations or warranties except "It is agreed that the vendor shall furnish good and marketable [title] to said property and purchaser shall have a reasonable time in which to investigate;" the vendee making a down payment of cash, and executing notes for the balance; and the vendee brings suit against the vendor, setting forth the above facts, and further that the seller made certain false and fraudulent representations to him concerning the character of the improvements thereon, the materials and workmanship; that the dwelling-house thereon is worthless and untenantable; the petition praying for cancellation of the outstanding notes, for injunction preventing the transfer of the notes, for an accounting, and for judgment for the amount already paid, for other money expended on said house, and for the expense of moving into said house; but it does not appear that the petitioner offered to rescind the contract when he discovered, or by the exercise of ordinary care should have discovered, the alleged representations by the defendant to be untrue, or why the defendant fraudulently prevented the inclusion of the representations in the written contract, or why plaintiff was forced to rely on the alleged false statements, it was not erroneous to sustain a demurrer thereto and to dismiss the action. *Browning* v. *Richardson*, 181 *Ga.* 413 (182 S. E. 516); *Stone* v. *Moore*, 75 *Ga.* 565; *Couch* v. *Crane*, 142 *Ga.* 22 (82 S. E. 459); *Kendall* v. *Wells*, 126 *Ga.* 343 (55 S. E. 41); *Arthur* v. *Brawner*, 174 *Ga.* 477 (163 S. E. 604); *Brannen* v. *Brannen*, 135 *Ga.* 590 (69 S. E. 1079).

*Judgment affirmed. All the Justices concur.*

No. 13543. FEBRUARY 14, 1941.

*Vester M. Ownby,* for plaintiff.
*J. Herbert Johnson,* for defendant.